# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>  Plaintiff,<br><br>  v.<br><br>MING PLAZA ASSOCIATES, L.P.,<br><br>  Defendant. | Case No.: 1:20-cv-01709 AWI JLT<br><br>ORDER CONTINUING THE MANDATORY SCHEDULING CONFERENCE |

The plaintiff has just recently served the defendant. (Doc. 5) Thus, the scheduling conference, is CONTINUED to April 30, 2021 at 8:30 a.m. The plaintiff SHALL serve this order on the defendant and file proof of service, within 14 days.

IT IS SO ORDERED.

Dated: **March 2, 2021**          **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE