Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
GEORGE AVALOS

Jason G. Gong (SBN 181298)
**LAW OFFICE OF JASON G. GONG**
2121 N. California Boulevard, Suite 290
Walnut Creek, CA 94596
Telephone: (925) 735-3800
Facsimile: (925) 735-3801
jgong@gonglawfirm.com

Attorneys for Defendant:
MING PLAZA ASSOCIATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MING PLAZA ASSOCIATES, L.P., a California limited partnership; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.:  1:20-cv-01709-AWI-JLT<br><br>Hon.  Anthony W. Ishii<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  December 3, 2020<br>Trial Date:  None Set |

JOINT NOTICE OF SETTLEMENT
1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, GEORGE AVALOS, and Defendant, MING PLAZA ASSOCIATES (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: April 23, 2021                               **MANNING LAW, APC**

                                                    By:    */s/ Joseph R. Manning, Jr. Esq.*
                                                              Joseph R. Manning, Jr., Esq.
                                                              Attorneys for Plaintiff,
                                                              George Avalos

Dated: April 23, 2021                               **LAW OFFICE OF JASON G. GONG**

                                                             By:    */s/ Jason G. Gong*
                                                               Jason G. Gong
                                                              Attorney for Defendant,
                                                              Ming Plaza Associates

### **CERTIFICATE OF SERVICE**

I certify that on April 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                                               Respectfully submitted,

Dated: April 23, 2021                               **MANNING LAW, APC**

                                                            By:    */s/ Joseph R. Manning, Jr. Esq.*
                                                               Joseph R. Manning, Jr., Esq.
                                                               Attorneys for Plaintiff
                                                               George Avalos

## SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: April 23, 2021  **MANNING LAW, APC**

By: */s/ Joseph R. Manning, Jr.  Esq.*
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff
George Avalos