# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>          Plaintiff,<br><br>   v.<br><br>MING PLAZA ASSOCIATES, L.P.,<br><br>          Defendant. | Case No.: 1:20-cv-01709 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 10) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 10) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than June 25, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:  **April 23, 2021**           _ **/s/ Jennifer L. Thurston**
                                                     CHIEF UNITED STATES MAGISTRATE JUDGE